UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Steven S.,

          Plaintiff,

v.

Kilolo Kijakazi,

          Defendant.

Case No. 21-cv-1201 (WMW/BRT)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

Before the Court is the June 6, 2022 Report and Recommendation (R&R) of United States Magistrate Judge Becky R. Thorson. (Dkt. 27.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The June 6, 2022 R&R, (Dkt. 27), is **ADOPTED**.

2. Plaintiff Steven S.'s motion for summary judgment, (Dkt. 22), is **DENIED**.

3. Defendant Kilolo Kijakazi's motion for summary judgment, (Dkt. 25), is **GRANTED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 26, 2022

                                                   s/Wilhelmina M. Wright
                                                   Wilhelmina M. Wright
                                                   United States District Judge